MICHAEL W. BERDINELLA, SBN 085038
726 W. Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: attyberdinella@gmail.com

Attorney For:
JAMES JOHNSON

## IN THE UNITED STATES DISTRIC COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES JOHNSON,<br>        Defendant | Case Number: 1:19-CR-00231-JLT-SKO<br><br>STIPULATION TO RESET NOVEMBER 10, 2022 SENTENCING HEARING TO NOVEMBER 18, 2022; AND ORDER<br><br>DATE: November 10, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

## STIPULATION

The parties do hereby agree and do Stipulate to vacate the Sentencing Hearing Date of

November 10, 2022 and do hereby request to have the matter heard before this Court on

November 18, 2022 at 9:00 a.m. for Sentencing.


IT IS SO STIPULATED.



Dated:   10/12/2022                              __/s/ Michael W. Berdinella__

STIPULATION TO RESET NOVEMBER 10, 2022 SENTENCING HEARING TO NOVEMBER 18, 2022; AND ORDERDATE: NOVEMBER 10, 2022TIME: 9:00 A.M.COURT: HON. JENNIFER L. THURSTON - 1

Michael W. Berdinella
Attorney for James Johnson

Dated:  __10/12/2022_____        __/s/ Arin Heinz_____
Arin Heinz
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED** that by agreement of the parties, the Sentencing date of November 10, 2022 is hereby vacated and Sentencing is reset for November 18, 2022 at 9:00 a.m. before this Court.


IT IS SO ORDERED.

Dated: _____
UNITED STATES DISTRICT JUDGE