IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES JOHNSON,<br><br>　　　　　　　Defendant. | Case No.:  1:19-cr-00231-001 JLT<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on November 18, 2022 to Time Served,

The above-named defendant has been accepted to the Set Free Ministries Program located in Fresno, California.

IT IS HEREBY ORDERED that the defendant shall be released on Monday, November 21, 2022 at 9:00am to Julio Salazar, a representative of the Set Free Ministries for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

　　Dated:　**November 18, 2022**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28