Michael W. Berdinella
Law Office of Michael Berdinella
726 W. Barstow, Suite 100
Fresno, CA 93704
Telephone: 559-436-800
Facsimile: 559-436-8900

Attorney for Defendant James Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES JOHNSON, <br><br> Defendant. | No.  1:19-CR-00231-JLT-SKO <br><br> MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL W.BERDINELLA AS ATTORNEY OF RECORD AND ORDER |

On 10/31/2019, Defendant James Johnson was indicted on federal charges.  CJA Panel Attorney Michael W. Berdinella was appointed as trial counsel to represent Mr. James Johnson on 09/15/2022 in his criminal case.  Mr. Johnson was sentenced pursuant to a Plea Agreement on 02/21/2023.  Mr. Johnson was in custody at sentencing. Having completed his representation of Mr. Johnson, CJA attorney Michael W. Berdinella now moves to terminate his/her appointment under the Criminal Justice Act.

Should Mr. Johnson require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:   03/27/2023                                    Respectfully submitted,


                                                       /s/ Michael W. Berdinella
                                                       Michael W. Berdinella
                                                       Attorney for James Johnson


**[PROPOSED] ORDER**

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant James Johnson at the following address and to update the docket to reflect Defendant's pro se status and contact information.

James Johnson
JID# 7061813
Fresno County Jail
PO Box 872
Fresno, CA 93712


IT IS SO ORDERED.

   Dated:   **March 28, 2023**                        _/s/ Jennifer L. Thurston_
                                                       UNITED STATES DISTRICT JUDGE